UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CATES, et al.,<br><br>Defendants. | Case No.: 1:22-cv-01504-KES-CDB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

Plaintiff Edward Vincent Ray, Jr., is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983.

Plaintiff commenced this action with the filing of a complaint and an application to proceed in forma pauperis on November 21, 2022. Docs. 1, 2. On March 9, 2023, the assigned magistrate judge issued findings and recommendations to deny plaintiff's IFP application, finding that he had accrued three or more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of serious physical injury. Doc. 8. Plaintiff filed his objections to those findings on March 21, 2023. Doc. 9. On October 10, 2023, the court adopted the findings and recommendations in full, denying plaintiff's application to proceed IFP and ordering he pay the $402 filing fee within 45 days of the date of service of the order. Doc. 11. In response, plaintiff filed a notice of appeal on October 23, 2023. Doc. 12.

On February 21, 2024, the Ninth Circuit Court of Appeals issued an order dismissing the

1  appeal for plaintiff's failure to prosecute, as plaintiff did not pay the filing fees associated with
2  the appeal.  Doc. 17.  The order was to "act as and for the mandate" of the Ninth Circuit "21 days
3  after" service on the district court.  *Id*.
4        On April 10, 2024, after 21 days passed, the assigned magistrate judge issued an order
5  directing plaintiff to pay the required filing fee within 14 days.  Doc. 19.  Plaintiff has failed to
6  pay the filing fee, and the deadline to do so has passed.  Without such payment, the action cannot
7  proceed before the court at this time.
8        Accordingly, IT IS HEREBY ORDERED:
9      1.  This action is dismissed, without prejudice, for failure to pay the required filing fee;
10       and
11     2.  The Clerk of the Court is directed to close this case.

14 IT IS SO ORDERED.
15   Dated:   August 8, 2024

UNITED STATES DISTRICT JUDGE

2